# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case Nos. 5D2025-3381
5D2025-3635
LT Case Nos. 2023-30377-CJCI
2023-30577-CJCI

———————————————

A.R., a Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————


On appeal from the Circuit Court for Volusia County.
Joan Anthony, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.


March 31, 2026


PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

-------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

-------------------------